UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARAMARK REFRESHMENT SERVICES, LLC, a Delaware limited liability company, <br><br> Defendant. | NO. C19-00453-RSM <br><br> ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE COURT DATES |

THIS MATTER having come on to be heard on the motion of Plaintiff, Plaintiff appearing through its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., , the Defendant's counsel having not yet appeared, now, therefore;

IT IS HEREBY ORDERED that Plaintiff's Motion to Continue Court Dates has been granted as follows:

Deadline for FRCP 26(f) conference……………..June 14, 2019

Initial Disclosures Pursuant to FRCP 26(a)………June 21, 2019

Combined Joint Status Report and Discovery
  Plan as Required by FRCP 26(f), and Local
  Rule CR 16…………………………………… June 28, 2019

DATED this 28 day of May 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented for Entry by:

*/s/Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff